FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| BRUCE BURNS, JR., | No. EDCV 08-1476-SVW (AGR) |
| Petitioner, | |
| v. | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| STATE OF CALIFORNIA, et al., | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 7/17/09

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE