FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BRUCE BURNS, JR., | No. EDCV 08-1476-SVW (AGR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 7/17/09

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE